IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RAYMOND A. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 1-04-1174-T-An |
| ) | |
| CHARLES TRAUGHBER, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT AND COMPLAINT

Plaintiff Raymond A. Clark, Tennessee Department of Correction prisoner number 292729, who is currently an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 when he was denied parole while imprisoned at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee. On December 6, 2004, this court stayed all proceedings in this case pending the United States Supreme Court's decision in Wilkinson v. Dotson, 125 S. Ct. 1242 (2005). The Wilkinson opinion was issued on March 7, 2005, and subsequently, on March 23, 2005, this court issued an order lifting the stay order and ordering Defendants to respond to the complaint within twenty (20) days. Defendants did not respond and Plaintiff filed a motion for summary judgment.

Before the court is Defendants' motion for additional time to respond to the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/16/05

complaint and asking the court to deny Plaintiff's motion for summary judgment. Defendants argue that additional time is needed because they did not received a copy of the March 23rd order lifting the stay and ordering them to respond to the complaint until May 3, 2005. For good cause shown, Defendants have twenty (20) days from the date of this order to respond to the complaint and to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_13 May 2005_____
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT