IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ANDREW CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1174-T/An |
| | ) | |
| CHARLES TRAUGHBER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING MOTION FOR JUDICIAL REVIEW

On March 25, 2005, the Court entered an order lifting the stay previously imposed in this case and directing the defendants to respond to the complaint within twenty days. However, no response was filed within the specified time period. On April 26, 2005, plaintiff Raymond Andrew Clark filed a motion for summary judgment based primarily on defendants' failure to respond to the complaint.

Defendants filed a response on May 11, 2005, asserting that plaintiff's summary judgment motion should be denied. Defendants stated that they did not receive the Court's order directing them to file a response to the complaint until May 3, 2005, well after twenty days had passed. Defendants requested additional time to respond to the complaint. On May 16, 2005, the Court entered an order granting the defendants twenty additional days in which to respond to the complaint and to the plaintiff's motion for summary judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/24/05

On May 18, 2005, plaintiff filed a "Motion for Judicial Review" in which he asks the Court to deny the defendants' request to deny his motion for summary judgment, and instead to examine the motion on the merits. This "Motion for Judicial Review" is denied. The document is actually a supplemental memorandum in support of plaintiff's motion for summary judgment, and will be considered along with plaintiff's original memorandum and any response filed by the defendants.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 May 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT