IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RAYMOND ANDREW CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1174-T/An |
| ) | |
| CHARLES TRAUGHBER, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTION TO INCLUDE EXHIBITS

Plaintiff, Raymond Andrew Clark, has filed a motion asking the Court to "include the attached exhibit to (sic) the above case," asserting that it is relevant to his claims. The exhibit in question is a letter with an attachment, dated May 23, 2005, from plaintiff to C. Edward Scudder, Jr., identified as General Counsel for the Tennessee Board of Probation and Parole.

To the extent that plaintiff is seeking to include this letter as an exhibit in support of his pending motion for summary judgment, the motion is GRANTED. The Court will consider this exhibit, if it is indeed relevant to the issues, in resolving the motion for summary judgment. However, to the extent that plaintiff seeks to admit this document into evidence in anticipation of a trial, the motion is DENIED. Trial exhibits must be offered into evidence during the actual trial, and may not be admitted before trial by simply mailing them to the Court.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 8 June 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/9/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT