IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RAYMOND ANDREW CLARK, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>CHARLES TRAUGHBER, ET AL., )<br>)<br>Defendants. ) | No. 04-1174-T/An |

ORDER DENYING MOTION TO TRAVERSE AND
ALTERNATIVE MOTION FOR CONTEMPT OF COURT

On May 13, 2005, the Court issued an order giving the defendants twenty days from the date of the order in which to respond to the complaint and to plaintiff's motion for summary judgment. The order was officially entered on the docket on May 16, 2005. Defendants complied with the Court's order by filing a response to the summary judgment motion and a motion to dismiss on June 6, 2005.

Plaintiff has now filed a "Motion to Traverse and in the Alternative Motion for Contempt of Court" in which he argues that the defendants have failed to comply with the Court's order and with the Federal Rules of Civil Procedure. Specifically, plaintiff complains because the defendants' response does not provide "specific point by point facts" to refute his allegations and arguments.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/13/05

Plaintiff's motion is DENIED. The Court will determine for itself, upon consideration of the merits of the pending motions, the adequacy of defendants' response.

IT IS SO ORDERED.

*[signature]*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

10 June 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT