IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RAYMOND ANDREW CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1174-T/An |
| ) | |
| CHARLES TRAUGHBER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO WITHDRAW DEFAULT JUDGMENT
## AND
## DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT

On May 16, 2005, the Court entered an order directing the defendants to respond to the complaint and to plaintiff's motion for summary judgment within twenty days. On June 6, 20005, defendants filed a response to the summary judgment motion and a motion to dismiss, thereby complying with the Court's order.

On June 10, 2005, the Clerk of Court received and filed plaintiff's Request for Entry of Default and Motion for Default Judgment. As the defendants' motion to dismiss was pending, the Clerk did not enter default. On June 22, 2005, the plaintiff filed a motion asking that his motion for default judgment be withdrawn.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/27/05

Plaintiff's motion to withdraw his motion for default judgment is GRANTED. Consequently, the motion for default judgment is DENIED as moot.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 June 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT