IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RAYMOND ANDREW CLARK,     )
                          )
    Plaintiff,             )
                          )
VS.                       )    No. 04-1174-T/An
                          )
CHARLES TRAUGHBER, ET AL., )
                          )
    Defendants.           )

ORDER GRANTING MOTIONS TO INCLUDE EXHIBITS
FOR SUMMARY JUDGMENT

On July 29, 2005, August 25, 2005 and October 26, 2005, plaintiff Raymond Andrew Clark filed motions to include additional exhibits in the record in support of his pending motion for summary judgment. Each of these motions is hereby GRANTED.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

26 October 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT