IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ANDREW CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1174-T/An |
| | ) | |
| CHARLES TRAUGHBER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO INCLUDE EXHIBITS AND LETTERS

Plaintiff, Raymond Andrew Clark, has filed another motion seeking to include various documents as exhibits to his pending motion for summary judgment. Plaintiff's motion to include exhibits and letters is hereby GRANTED.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

20 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:04-CV-01174 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Raymond Andrew Clark
W.T.S.P.
292729
P. O. Box 1150
Henning, TN 38041--115

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT